```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 32932
   CINDY LEE DERWIN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2672

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/03/2004 and was confirmed 11/10/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE   SECURED         12275.00        499.00      12275.00
CHASE AUTOMOTIVE FINANCE   UNSECURED         819.28           .00        819.28
DELL FINANCIAL             SECURED           400.00         12.53        400.00
CENTRAL FLORIDA INVESTME   SECURED          8400.00        278.57       8400.00
ECAST SETTLEMENT CORP      UNSECURED        6691.80           .00       6691.80
CAPITAL ONE BANK           UNSECURED         566.73           .00        566.73
CHASE                      UNSECURED       NOT FILED          .00           .00
DFS ACCEPTANCE             UNSECURED       NOT FILED          .00           .00
DEVON FINANCIAL SERVICE    UNSECURED       NOT FILED          .00           .00
PREMIER BANCARD CHARTER    UNSECURED         676.39           .00        676.39
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00           .00
HOUSEHOLD FINANCE CORP     UNSECURED       NOT FILED          .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         819.67           .00        819.67
PHONE-CO CREDIT UNION      UNSECURED        7682.08           .00       7682.08
SHORT TERM LOAN            UNSECURED         917.00           .00        917.00
WORLD FINANCIAL NETWORK    UNSECURED          88.81           .00         88.81
DELL FINANCIAL             UNSECURED         504.18           .00        504.18
DELL FINANCIAL             SECURED NOT I    755.21           .00           .00
CENTRAL FLORIDA INVESTME   UNSECURED        2793.71           .00       2793.71
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                     2,624.45
DEBTOR REFUND              REFUND                                        398.23

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             49,147.43

PRIORITY                                     .00
SECURED                                21,075.00
    INTEREST                              790.10

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 32932 CINDY LEE DERWIN
```

```
UNSECURED                                              21,559.65
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    2,624.45
DEBTOR REFUND                                             398.23
                                 ----------------  ----------------
TOTALS                                  49,147.43         49,147.43
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 02/28/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```